In the Matter of BOND AND MORTGAGE GUARANTEE COMPANY. (7501 Ridge Boulevard, Brooklyn, New York — Guarantee No. 159,850.) (Plan No. 1565.) ROBERT E. TOD et al., as Trustees under the Will of JOHN S. KENNEDY, Deceased, Appellants-Respondents; 336-96TH STREET CORPORATION, Respondent-

Appellant; TITLE GUARANTEE AND TRUST COMPANY, as Trustee for Certificate Holders, et al., Respondents.— Order dated June 2, 1944, directing liquidation of a certificated mortgage held by a trustee, affirmed, without costs. No opinion. Order dated June 2, 1944, denying the trustee leave to enter into an extension agreement, insofar as appealed from, affirmed, without costs. No opinion. Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ., concur.